IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

DEANNA JOYCE DURHAM,
FORMER WIFE,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

      Appellant,

CASE NO. 1D15-1219

v.

RAY ALFRED ANDERSON,
FORMER HUSBAND,

      Appellee.

_____/

Opinion filed December 1, 2015.

An appeal from the Circuit Court for Columbia County.
Julian E. Collins, Judge.

Kathleen C. Fox, Alachua, for Appellant.

Brian P. North, Kenny Leigh & Associates, Fort Walton Beach, for Appellee.

PER CURIAM.

      AFFIRMED.

WETHERELL, ROWE, and RAY, JJ., CONCUR.